**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOFTWARE AG USA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>L. FRANCIS CISSNA, et al.,<br><br>    Defendants. | Civil Action No. 1:19-CV-00064 (JEB) |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), this action is dismissed, without prejudice, by the Plaintiff, Software AG USA, Inc., in its entirety.

Respectfully submitted,

Dated: July 9, 2019    MORGAN, LEWIS & BOCKIUS LLP

By:/s/ Eric S. Bord
    Eric S. Bord (DC Bar No. 429350)
    eric.bord@morganlewis.com
    Daniel D. Schaeffer (DC Bar No. 888208991)
    daniel.schaeffer@morganlewis.com

1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:     +1.202.739.3000
Facsimile:     +1.202.739.3001

Attorneys for Plaintiff